| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | NED SMOCK |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| | Oakland, CA 94607 |
| 4 | Telephone: (510) 637-3518 |
| 5 | Counsel for Defendant ANA LISSA REYES |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-70810 MAG | |
| | ) | | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] | |
| | ) | ORDER RESETTING DATE FOR | |
| vs. | ) | PRELIMINARY HEARING | |
| | ) | | |
| ANA LISSA REYES, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| _____ | ) | | |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Wade Rhyne, and the defendant through her attorney Ned Smock, that the preliminary hearing in this matter now set for December 20, 2012 at 9:30 a.m. shall be reset for February 4, 2013 at 9:30 a.m. The parties are exploring possible resolution of the case. Ms. Reyes is out of custody. The government has provided disclosures of extensive reports and records. Additional records and reports are still forthcoming. The case involves thousands of pages of discovery. The defense needs additional time to review those records as the parties attempt to negotiate a pre-indictment resolution. Reviewing and synthesizing the records is necessary as the parties negotiate, among other things, Sentencing Guidelines calculations.

Defendant Reyes and her counsel waive the provisions of Rule 5.1(c) of the Federal

Stip and [Proposed] Order   1

Rules of Criminal Procedure requiring a preliminary hearing to be held within 20 days of her initial appearance and 18 U.S.C. § 3161(b) requiring an indictment to be filed within thirty days from the date of arrest. The continuance is also necessary to allow counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties further stipulate and agree that the time from December 20, 2012 to February 4, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(7)(B)(iv).

IT IS SO STIPULATED:

Dated: December 17, 2012

/s/ Ned Smock
NED SMOCK
Assistant Federal Public Defender

Dated: December 17, 2012

/s/ Wade Rhyne
WADE RHYNE
Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary hearing in this matter now scheduled for December 20, 2012 is hereby rescheduled for February 4, 2013 at 9:30 a.m. and that time is excluded from December 20, 2012 to February 4, 2013 pursuant to 18 U.S.C. § 3161(7)(B)(iv).

Dated: December 17, 2012

Kandis Westmore
HONORABLE KANDIS WESTMORE
United States Magistrate Judge